## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHAWN WATSON

v.

CATHERINE L. BELLITTI WATSON

PETITION OF:  JAY BAUER

: No. 599 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.